IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| TIMOTHY ALAN HOGLEN and wife, )<br>LINDA MARIE HOGLEN, )<br> )<br>  Plaintiff )<br> )<br>v )<br> )<br>H & S HOMES, L.L.C., individually and )<br>d/b/a DYNASTY HOMES; and )<br>COUNTRYWIDE HOME LOANS, INC., )<br> )<br>  Defendants. ) | CIVIL NO. 1:05cv224-T |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Martin L. Fierman of the law firm of Fierman Law Firm to appear as additional counsel for the defendant, H & S Homes, L.L.C., individually and d/b/a Dynasty Homes in this matter filed on July 13, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Martin L. Fierman is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: July 16, 2005**

Dennis L. Howell
United States Magistrate Judge