# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:05cv224-T

| | | |
|---|---|---|
| TIMOTHY ALAN HOGLEN; and wife, LINDA MARIE HOGLEN, | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| Vs. | ) ) | ORDER |
| H & S HOMES, L.L.C., individually and d/b/a DYNASTY HOMES; and COUNTRYWIDE HOME LOANS, INC., | ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER** is before the court on the defendant Countrywide Home Loans, Inc.'s Motion to Stay Case for 90 days. Having considered such defendant's motion and it appearing that good and adequate cause has otherwise been shown for the proposed relief, i.e., the impact of a possible land buy out program which may dispose of the lawsuit, and it appearing that all parties consent, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant Countrywide Home Loans, Inc.'s Motion to Stay Case for 90 days is **ALLOWED**, and the requirement of filing of a Certificate of Initial Attorneys Conference is **STAYED** for 90 days.

**Signed: January 17, 2006**

Dennis L. Howell
United States Magistrate Judge